**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDNA JANE FAVREAU,**

        **Plaintiff,**

**-vs-**                                                 **Case No.  6:07-cv-723-Orl-22DAB**

**STATE OF FLORIDA,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on the Motion and Declaration for Leave to Proceed In Forma Pauperis (Doc. No. 2) filed on May 3, 2007.

On May 9, 2007 the United States Magistrate Judge submitted a Report recommending that the Motion be denied and that the Complaint be dismissed for lack of jurisdiction.

Prior to the District Judge ruling on the motion, Plaintiff filed an Amended Complaint and Renewed Motion to Proceed In Forma Pauperis (Doc. Nos. 7 and 8).

Therefore, it is **ORDERED** as follows:

1.  The Clerk is directed to terminate the Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) as moot.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 16, 2007.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

-2-

Copies furnished to:

United States Magistrate Judge
Edna Jane Favreau, *pro se*