**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDNA JANE FAVREAU,**

        **Plaintiff,**

**-vs-**                                                                            **Case No.  6:07-cv-723-Orl-22DAB**

**STATE OF FLORIDA,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motions filed herein: Motion for an Investigation [Doc. No. 4], Motion to Exhibit Evidence [Doc. No. 6], Motion to Proceed In Forma Pauperis [Doc. No. 8], and Motion to Show How Malfeasance Was Used [Doc. No. 11]. Because Plaintiff has filed a Notice of Appeal, this Court cannot adjudicate her claims until the appeal is resolved. This is true even though the appeal is premature inasmuch as no final, appealable order has been entered. Accordingly, it is respectfully recommended that all of these pending motions be **DENIED** without prejudice to renewal, if appropriate, after disposition of the appeal.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**DONE** in Orlando, Florida on June 19, 2007.

                                                       *David A. Baker*
                                        DAVID A. BAKER
                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties