# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EDNA JANE FAVREAU,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:07-cv-723-Orl-22DAB**

**STATE OF FLORIDA,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　**PERMISSION TO APPEAL *IN FORMA PAUPERIS* (Doc. No. 19)**
>
> **FILED:**　　June 18, 2007
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

In reviewing an application to proceed *in forma pauperis*, the Court may refuse to permit an appeal without payment of fees "if satisfied that the action is frivolous or malicious." 28 U.S.C. § 1915(d) (1988). Plaintiff appeals an Order which denies as moot Plaintiff's Motion for Leave to Proceed In Forma Pauperis because Plaintiff had filed an Amended Complaint and a Renewed Motion to Proceed In Forma Pauperis. Doc. Nos. 7 & 8; Doc. No. 9. Any such appeal – from such an Order

denying a motion as moot because a new one was filed by the party – is on its face frivolous and should be denied.

On May 9, 2007, the Court recommended denial of Plaintiff's Motion to Proceed *in forma pauperis* because this federal Court was without jurisdiction over Plaintiff's "appeal" of adverse state-court judgments, pursuant to the *Rooker-Feldman* doctrine. In the original Complaint Plaintiff sought "review of errors" in a decision the Fifth District Court of Appeal, alleging that the courts violated ADA laws, and the state court denied her "equal access to the court to redress the irrational disability discrimination."[1]  Doc. No 1 at 1.  Prior to the District Judge ruling on the Report recommending dismissal of Plaintiff's Complaint for lack of jurisdiction Plaintiff filed her Amended Complaint and a Renewed Motion to Proceed In Forma Pauperis. Doc. Nos. 7 & 8.  Thus, the District Judge denied Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. No. 2) as *moot* in light of Plaintiff's new filings.  Doc. No. 9.

Although this Court has recommended (Doc. No. 10) denying Plaintiff's Renewed Motion to Proceed In Forma Pauperis (Doc. No. 8), the District Judge has not yet ruled on the Recommendation or on Plaintiff's objections (Doc. Nos. 12, 13).[2]  No final judgment has been entered.  Thus, the matter is not ripe for appeal, despite Plaintiff's notice of appeal.  Because Plaintiff has no right to pursue an appeal at this time, allowing her to do so in forma pauperis would be an idle act.

---

[1] As the Court said at that time, "[d]ue to their disorganization and verbosity, Plaintiff's complaints are difficult to follow and characterize.  The description herein is an effort to distill the gravamen of Plaintiff's reason for bringing this action."

[2] Moreover, Plaintiff has since filed a Second Amended Complaint, although the Second Amended Complaint appears to have the same defects as the Amended Complaint that this Court found to be frivolous and of which this Court recommended dismissal because she sought review of a state court indebtedness case against Anna May Favreau, which was at that time on appeal in the state appellate court, and the federal courts are not a forum for appealing state court decisions.  Doc. No. 10.  Because a federal district court "has no authority to review final judgments of a state court in judicial proceedings, except in the United States Supreme Court pursuant to the *Rooker-Feldman* doctrine, this Court does not have jurisdiction over Plaintiff's claims as in the Amended Complaint. *See District of Columbia Ct. of App. v. Feldman*, 460 U.S. 462, 482 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415-416 (1923); *see also Hays v. Hays*, 789 F.Supp. 378, 379-380 (M.D. Fla. 1992) (dismissing federal claims by in state court family law decree).

It is **RECOMMENDED** that Plaintiff's application to proceed in forma pauperis on appeal be denied because the appeal she has taken is from an Order based on mootness and the outstanding motion to proceed in forma pauperis in the district court remains undecided; thus, her appeal is without merit and frivolous.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 19, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Plaintiff Edna Jane Favreau
Courtroom Deputy