**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDNA JANE FAVREAU,**

        **Plaintiff,**

**-vs-**                                                                  **Case No. 6:07-cv-723-Orl-22DAB**

**STATE OF FLORIDA,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Motion for Leave to Appeal In Forma Pauperis (Doc. No. 19) filed on June 18, 2007.

The United States Magistrate Judge has submitted a Report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, including the objections filed by the Plaintiff (Doc. No. 22), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 19, 2007 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Leave to Appeal In Forma Pauperis (Doc. No. 19) is **DENIED**. Plaintiff seeks to appeal an Order which denied as moot Plaintiff's Motion for Leave to Proceed In Forma Pauperis because Plaintiff had filed an Amended Complaint and a Renewed Motion to

Proceed In Forma Pauperis.  Plaintiff has no right to pursue an appeal at this time, despite her Notice of Appeal.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 26, 2007.

Copies furnished to:

United States Magistrate Judge
Edna Jane Favreau, *pro se*

ANNE C. CONWAY
United States District Judge