**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDNA JANE FAVREAU,**

            **Plaintiff,**

**-vs-**                                             **Case No. 6:07-cv-723-Orl-22DAB**

**STATE OF FLORIDA,**

            **Defendant.**
_____

**ORDER**

This cause is before the Court on the Motion for an Investigation (Doc. No. 4), Motion to Exhibit Evidence (Doc. No. 6), Motion to Proceed In Forma Pauperis (Doc. No. 8), and Motion to Show How Malfeasance Was Used (Doc. No. 11).

The United States Magistrate Judge has submitted a Report recommending that the motions be denied without prejudice to renewal, if appropriate, after disposition of the appeal.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 19, 2007 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for an Investigation (Doc. No. 4), Motion to Exhibit Evidence (Doc. No. 6), Motion to Proceed In Forma Pauperis (Doc. No. 8), and Motion to Show How

Malfeasance Was Used (Doc. No. 11) are DENIED without prejudice to renewal, if appropriate, after disposition of the appeal.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 9, 2007.

Copies furnished to:

United States Magistrate Judge
Edna Jane Favreau, *pro se*

ANNE C. CONWAY
United States District Judge