**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDNA JANE FAVREAU,**

        **Plaintiff,**

**-vs-**                                              **Case No. 6:07-cv-723-Orl-22DAB**

**STATE OF FLORIDA,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PETITION FOR ORDER TO ACCESS PACER RECORDS WITHOUT CHARGE BY [PLAINTIFF EDNA JANE FAVREAU] (Doc. No. 41)**
>
> **FILED:** August 31, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and Plaintiff shall be given a Pacer password to enable her to be able to see the court record in this case only.

Plaintiff also appears to seek reconsideration of unspecified orders, unspecified "special accommodations," and this Court's direction to "the lower court to consider facts concerning how the court violated the laws about admissibility of victim impact evidence." Doc. No. 41 at 5-6. Plaintiff is again advised that this is a court of original and limited jurisdiction. There is no "lower court" whose decisions are subject to review here. Any such additional relief sought is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on September 12, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties