**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDNA JANE FAVREAU,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-723-Orl-22DAB**

**STATE OF FLORIDA,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on Plaintiff's Motion and Declaration for Leave to Proceed *in Forma Pauperis*, filed on January 4, 2008. Doc. No. 66. The United States Magistrate Judge submitted a Report & Recommendation ("R&R"), which recommended that Plaintiff's motion be denied. Doc. No. 67. Plaintiff filed an Objection to the R&R on January 18, 2008, and a Supplementary Affidavit on January 28, 2008. Doc. Nos. 68 and 69.

After an independent *de novo* review of the record in this matter, including the submissions of the Plaintiff (Doc. Nos. 68 and 69), the Court agrees entirely with the findings of fact and conclusions of law made by the Magistrate Judge in the R&R, holding that the appeal is frivolous.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed on January 15, 2008 (Doc. No. 67) is **ADOPTED** and **CONFIRMED** and made a part of this Order. As the R&R states, the Court's Order of Dismissal (Doc. No. 60) made clear that Plaintiff's Complaint was dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii) for failure to state a claim and for seeking monetary relief against defendants immune from such relief. *See* Doc. No. 66 at p. 1. Thus, Plaintiff's Motion to Proceed on Appeal *in forma pauperis* is frivolous according to 28 U.S.C. § 1915(e)(2)(B)(i). *Id.* at p. 3.

2. The Motion for Leave to Appeal *In Forma Pauperis* (Doc. No. 66), filed January 4, 2008, is **DENIED**.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 5, 2008.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party
Clerk, Eleventh Circuit Court of Appeals, Case No. 07-15928-B